AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Daniel TORRES | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 15, 2021 _____ in the county of _____ Webb _____ in the
_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 31 U.S.C. § 5332 | with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, did knowingly conceal in currency and other monetary instruments, more than $10,000, namely $190,900.00 dollars, United States currency on the defendant's person and attempted to transport such currency into the United States. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

*Michael P. Martorelli*
*Complainant's signature*

Michael P. Martorelli, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 10/18/2021 _____

_____
*Judge's signature*

City and state: _____ Laredo, Texas _____   Diana Song Quiroga, US Magistrate Judge
*Printed name and title*

**Attachment A**

I, Michael Martorelli, a Special Agent with the Drug Enforcement Administration (DEA),
have knowledge of the following facts:

1.  On October 15, 2021, at the outbound lanes of the Lincoln Juarez International Bridge at
    approximately 10:00 AM a silver GMC Acadia was targeted for secondary inspection. The driver
    of the vehicle was identified as Daniel TORRES.

2.  At secondary inspection, CBP officers conducted an inspection of the motor vehicle. CBP officers
    opened the trunk of the vehicle for further inspection, removed a vent cover on the rear quarter
    panel of the drivers side area, and noticed a black cloth cover. CBP officers removed the black
    cover and found what appeared to be bundles wrapped in black tape. TORRES was then
    secured and detained.

3.  DEA Laredo special agents responded to the Lincoln-Juarez Port of Entry to interview
    TORRES.DEA Laredo special agents advised TORRES of his Miranda Rights in Spanish to which
    TORRES acknowledged his rights and asked to speak with his attorney.

4.  CBP officers opened the bundles and discovered a total of $190,900.00 in bulk US Currency.

5.  The U.S. currency was seized and DEA Laredo special agents arrested TORRES for violations of
    Title 31 United States Code 5332.